UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba<br>CONDENSING HEAT EXCHANGER,<br>　　　Plaintiffs<br><br>-against-<br><br>COMBUSTION AND ENERGY SYSTEMS, Ltd.<br><br>　　　Defendant | CIVIL ACTION NO.<br>04-30098 MAP |

MOTION FOR ADMISSION *PRO HAC VICE*
OF ARLEN L. OLSEN

　　Now comes Mark L. Hare, Esquire, and hereby moves, pursuant to Local Rule 83.5.3(b), for the admission *pro hac vice* of Arlen L. Olsen in the above-captioned case to appear and practice before the Court. In support of this motion and based on the attached affidavit of Mr. Olsen and representations made to me, the undersigned states as follows:

　　1. Arlen L. Olsen is a principal of the Law Firm of Schmeiser, Olsen & Watts LLP. Mr. Olsen maintains his office at 3 Lear Jet Lane, Suite 201, Latham, New York 12110.

　　2. Mr. Olsen is admitted to practice as a member of the bar of the State of New York, and is a member in good standing admitted to practice before the New York States Courts, the United States District Courts for the State of New York and the United States Court of Appeals for the Second Circuit.

　　3. Mr. Olsen is not subject to pending disciplinary proceedings in any jurisdiction to which he has been admitted to practice nor has he been denied admission or been disciplined by

any court or administrative body. He has informed counsel that he is familiar with the local rules of the United States District Court for the District of Massachusetts.

4. Attached hereto as Exhibit A is the affidavit of Arlen L. Olsen in support of the Motion for Admission *Pro Hac Vice*.

WHEREFORE, counsel respectfully prays:

A. That this Court admit Arlen L. Olsen *Pro Hac Vice* to appear and practice in this case; and

B. For such other relief as this Court deems just and proper.

_____
Mark L. Hare, Esq.
BBO #556003
HARE, STAMM & HARRIS
Sovereign Bank Building
1350 Main Street 10th Floor
Springfield, MA 01103
(413) 731-5800
(413) 732-5828

Dated: May 23, 2004