UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER, Plaintiffs<br><br>-against-<br><br>COMBUSTION AND ENERGY SYSTEMS, Ltd. Defendant | CIVIL ACTION NO.<br><br>04-30098 MAP |

AFFIDAVIT OF ARLEN L. OLSEN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK:

I, ARLEN L. OLSEN, being duly sworn, depose and state:

1. I am over the age of 18 years and am a resident of the State of New York.

2. I am a member of the Law Firm of Schmeiser, Olsen & Watts LLP.

3. In support of this Motion for Admission *Pro Hac Vice* in the above-captioned case, I state that: (a) I am a member in good standing in every jurisdiction where I have been admitted to practice; (b) I am not subject to any pending disciplinary proceedings as a member of the bar in any jurisdiction; and (c) I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Dated: May 21, 2004

_____
ARLEN L. OLSEN

Sworn to before me this
10th day of May, 2004

_____
Notary Public

MELODY A. McCORMICK
Notary Public, State of New York
Qualified in Rensselaer County
No. 01MC6030635
Commission Expires Sept. 20, 2005