# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  NEW YORK

### CERTIFICATE OF GOOD STANDING

I, _Lawrence K. Baerman_, Clerk of this Court,

certify that _ARLEN L. OLSEN_, Bar # _507492_,

was duly admitted to practice in this Court on

_January 30, 1995_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Syracuse, New York_ on _May 4, 2004_.
LOCATION                                          DATE

Lawrence K. Baerman
CLERK

Tracey Donovan
DEPUTY CLERK