AO 458 (Rev. 10/95) Appearance

A MOTION TO APPEAR
WAS ALLOWED ON 5/26/04
PLEASE FILE THE ENCLOSED
APPEARANCE WITHIN TEN (10)

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | MASSACHUSETTS |

POWER EQUIPMENT SYSTEMS, INC. dba
CONDENSING HEAT EXCHANGER
v.
COMBUSTION AND ENERGY SYSTEMS LTD.

**APPEARANCE**

Case Number: 04-30098-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF, POWER EQUIPMENT
SYSTEMS, INC. dba CONDENSING
HEAT EXCHANGER

I certify that I am admitted to practice in this court.

6-3-2004
Date

Signature

Arlen L. Olsen
Print Name

USDCNDNY
507492
Bar Number

Schmeiser, Olsen & Watts
Address
3 Lear Jet Lane, Ste 201
Latham    NY    12110
City      State    Zip Code

Phone Number                    Fax Number