| | | |
|---|---|---|
| STATE OF NEW YORK<br>DOCUMENTS SERVED WITH INDEX # 04-30098<br>ATTORNEY(S) Schmeiser, Olsen & Watts LLP, Arlen Olsen, Esq | WESTERN - MASS. COUNTY<br>AND FILED ON | U.S. DISTRICT COURT |

*Power Equipment Systems, Inc. dba Condensing Heat Exchanger*   Plaintiff(s)/Petitioner(s)

vs

*Combustion and Energy Services, Inc.*   Defendant(s)/Respondent(s)

---

STATE OF DOMINION OF CANANDA    COUNTY OF TORONTO PROVINCE , SS.:

__GARY KROLICKI_____, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on __MAY 26/04__ at __11:35__ A M at __25 ROYAL CREST COURT, SUITE 110, MARKHAM, ONTARIO, L3R 9X4__ deponent (did, ~~did not~~) serve the within Complaint & Jury Demand

on: __Combustion and Energy Services, Inc.__, __Defendant__ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]
A __CANADIAN__ corporation, by delivering thereat a true copy of each to __KEITH VEITCH OF COMBUSTION AND ENERGY SERVICES, INC__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __KEITH VEITCH, PRESIDENT__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ]
By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ]
On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]
After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __M__ Color of skin __WHITE__ Color of hair __GREY__ Approx.Age __65__ Approx.Height __6'3"__ Approx. weight __185 LBS__ Other _____

**#8 WIT. FEES** [ ]
$ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
__28th__ day of __May__ __2004__

_(signature)_   __GARY KROLICKI__

Invoice•Work Order # 0410671

---

*ALEXANDER, POOLE & CO., INC.* • *11 NORTH PEARL STREET* • *ALBANY, NEW YORK, 12207*