UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br>Plaintiff<br><br>v.<br><br>COMBUSTION AND ENERGY<br>SYSTEMS, LTD.,<br>Defendant | STIPULATION AS TO<br>EXTENSION OF TIME<br>IN WHICH TO FILE ANSWER |

The plaintiff hereby stipulates that the time in which the defendant may file an answer to the Complaint in this matter is enlarged from June 15, 2004 to July 6, 2004.

Dated: June 15, 2004

The Plaintiff,
POWER EQUIPMENT SYSTEMS, INC.
dba CONDENSING HEAT EXCHANGER
By Its Attorneys:

_____
Mark L. Hare
BBO No. 556003
Hare, Stamm & Harris
Sovereign Bank Building
1350 Main Street, 10th Floor
Springfield, MA 01103
Tel. (413) 731-5800

Arlen L. Olsen
Schmeiser, Olsen & Watts, LLP
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Tel. (518) 220-1850