UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br>　　　　　Plaintiffs<br>v.<br><br>COMBUSTION AND ENERGY<br>SYSTEMS, LTD.,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>) NOTICE OF APPEARANCE<br>)<br>)<br>) |

　　　Please enter my appearance as attorney for the defendant, Combustion and Energy Systems, Ltd., in the above matter.

　　　　　　　　　　　Respectfully submitted,

Dated: July 6, 2004

　　　　　　　　　　　_____
　　　　　　　　　　　Sandra J. Staub
　　　　　　　　　　　 BBO No. 555544
　　　　　　　　　　　Bulkley, Richardson and Gelinas, LLP
　　　　　　　　　　　1500 Main Street - Suite 2700
　　　　　　　　　　　Springfield, MA 01115-5507
　　　　　　　　　　　Tel: (413) 781-2820
　　　　　　　　　　　Fax: (413) 272-6804

　　　　　　　　　　　Certificate of Service

　　　I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on July 6, 2004.

　　　　　　　　　　　_____
　　　　　　　　　　　Sandra J. Staub