UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br>                    Plaintiffs<br>v.<br><br>COMBUSTION AND ENERGY<br>SYSTEMS, LTD.,<br>                    Defendant | MOTION TO ALLOW<br>APPEARANCE AND PRACTICE<br>IN A PARTICULAR CASE<br>(ASSENTED TO) |

The undersigned, pursuant to L.R. 83.5.3(B), moves the Court for an order allowing Paul I. Perlman ("Mr. Perlman") to appear and practice as co-counsel for the defendant in this Court in this particular case. Mr. Perlman is admitted to the bars of New York and is admitted to practice before the following courts:

- New York Supreme Court, Appellate Division, Third Department;
- United States District Court – Western District of New York;
- United States District Court – Northern District of New York;
- United States District Court – Southern District of New York;
- United States District Court – District of Colorado;
- United States District Court – Eastern District of Wisconsin;
- United States District Court – Western District of Michigan;
- United States Tax Court;
- Unites States Court of International Trade;
- United States Court of Appeals, Second Circuit;
- United States Court of Appeals, Federal Circuit;
- United States Court of Appeals, Third Circuit;
- United States Court of Appeals, Fourth Circuit.

The undersigned has filed an appearance as counsel for the defendant in this case.

As demonstrated by the Certificate of Paul I. Perlman for Leave to Appear and Practice, which has been filed with this motion, Mr. Perlman is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings



pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

ASSENTED TO:  Respectfully submitted,

_____  _____
Mark L. Hare (s/s)               Sandra J. Staub
BBO No. 556003                   BBO No. 555544
Hare, Stamm & Harris             Bulkley, Richardson and Gelinas, LLP
Sovereign Bank Building          1500 Main Street - Suite 2700
1350 Main Street, 10th Floor     Springfield, MA 01115-5507
Springfield, MA 01103            Tel: (413) 781-2820
Tel. (413) 731-5800              Fax: (413) 272-6804
                                 (Attorney for the Defendant)

Arlen L. Olsen
NDNY Bar Roll No. 507492
Schmeiser, Olsen & Watts, LLP
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Tel. (518) 220-1850
(Attorneys for the Plaintiffs)

Dated: July 6, 2004

### Certificate of Consultation Pursuant to L.R. 7.1

I hereby certify that on June 15, 2004, I conferred with Mark L. Hare, attorney for the plaintiffs, in a good faith effort to resolve or narrow the issues raised by this motion, at which time Attorney Hare indicated that he would assent to this motion.

_____
Sandra J. Staub

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on July 6, 2004.

_____
Sandra J. Staub

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

POWER EQUIPMENT SYSTEMS, INC. )
dba CONDENSING HEAT EXCHANGER, )
         Plaintiffs )
v. )
  ) CERTIFICATE OF PAUL I.
  ) PERLMAN FOR LEAVE TO
COMBUSTION AND ENERGY ) APPEAR AND PRACTICE
SYSTEMS, LTD., )
         Defendant )

I, Paul I. Perlman, a member of the law firm of Hodgson Russ LLP having an office at One M&T Plaza, Suite 2000, Buffalo, New York, hereby apply for leave pursuant to Local Rule 83.5.3(B) to appear and practice in this Court in the above-entitled case. I certify to this Court as follows:

(1) I am a member in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to the bars of New York and I have been admitted to practice before the following courts:

- New York Supreme Court, Appellate Division, Third Department;
- United States District Court – Western District of New York;
- United States District Court – Northern District of New York;
- United States District Court – Southern District of New York;
- United States District Court – District of Colorado;
- United States District Court – Eastern District of Wisconsin;
- United States District Court – Western District of Michigan;
- United States Tax Court;
- Unites States Court of International Trade;
- United States Court of Appeals, Second Circuit;
- United States Court of Appeals, Federal Circuit;
- United States Court of Appeals, Third Circuit;
- United States Court of Appeals, Fourth Circuit.

(2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and I am not under suspension or disbarment by any court.

272394

(3)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare that all statements made herein are true and correct.

Dated: June 15, 2004

_____
Paul I. Perlman

272394