UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER, Plaintiff<br><br>v.<br><br>COMBUSTION AND ENERGY SYSTEMS, LTD., Defendant | Civil Action No. 04-030098-MAP |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the defendant, Combustion and Energy Systems, Ltd. ("Combustion") hereby discloses that the parent corporation of Combustion is 565997 Ontario Inc. No publicly held corporation owns 10% or more of Combustion's stock.

The Defendant<br>
COMBUSTION AND ENERGY SYSTEMS, LTD.<br>
By Its Attorneys<br><br>
_____<br>
Paul I. Perlman<br>
Hodgson Russ LLP<br>
One M & T Plaza, Suite 2000<br>
Buffalo, NY 14203<br>
Tel: (716) 848-1479<br>
Fax: (716) 819-4616

Dated: July 2, 2004

### Certificate of Service

I, Sandra J. Staub, attorney for the defendant, Combustion and Energy Systems, Ltd., in this above matter, hereby certify that a copy of the above document was served upon the attorney of record for each party by mail on July 6, 2004.

_____
Sandra J. Staub