UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER, <br> Plaintiff <br> v. <br><br> COMBUSTION AND ENERGY SYSTEMS, LTD., <br> Defendant | Civil Action No. 04-030098-MAP <br><br> NOTICE OF APPEARANCE |

Please enter my appearance as attorney for the defendant, Combustion and Energy Systems, Ltd., in the above matter.

Respectfully submitted,

Dated: July 8, 2004

*Paul I. Perlman* (signature)

Paul I. Perlman, *pro hac vice*
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, NY 14203
Tel: (716) 848-1479
Fax: (716) 819-4616

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on July 7, 2004.

Sandra J. Staub (signature)

BFLODOCS 942155v1 (K6YZ01!.DOC)