UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER,<br>                Plaintiff<br>v.<br><br>COMBUSTION AND ENERGY SYSTEMS, LTD.,<br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

      Please enter my appearance as attorney for defendant, Combustion and Energy Systems, Ltd., in the captioned action.

Dated: August 11, 2004

/s/ Kevin C. Maynard
Kevin C. Maynard
BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
Springfield, MA 01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6804

276316