UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30098-MAP

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER, Plaintiff v. COMBUSTION AND ENERGY SYSTEMS, LTD., Defendant | ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    Please withdraw my appearance as attorney for the defendant, Combustion and Energy Systems, Ltd.

Dated: August 11, 2004

/s/ Sandra J. Staub
Sandra J. Staub
BBO No. 555544
Bulkley, Richardson and Gelinas, LLP
1500 Main Street - Suite 2700
Springfield, MA 01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6804

276314