UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

POWER EQUIPMENT SYSTEMS, INC. )
d/b/a CONDENSING HEAT )
EXCHANGE, )
                Plaintiff )
                )
   v. )   Civil Action No.  04-30098-MAP
                )
                )
COMBUSTION AND ENERGY )
SYSTEMS, LTD. )
                Defendant )

SCHEDULING ORDER
August 24, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day with regard to this patent infringement case:

1. The parties shall complete their automatic disclosures by September 10, 2004.

2. Discovery regarding ownership, the accused devices and the methods of use, scope of the claims, and basic damages will be completed by November 19, 2004.

3. Plaintiff shall submit its Markman brief and claim chart by December 10, 2004.

4. Defendant shall submit its response to Plaintiff's Markman brief by January 10, 2005, to which Plaintiff may reply by January 24, 2005.

5.  Counsel shall appear for a Markman hearing on March 30, 2005 at 2:00 p.m. in Courtroom One before District Judge Michael A. Ponsor.

IT IS SO ORDERED.

DATED: August 24, 2004

                                         /s/ Kenneth P. Neiman  
                                         KENNETH P. NEIMAN  
                                         U.S. Magistrate Judge