UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br><br>        Plaintiffs<br><br>  -against-<br><br>COMBUSTION AND ENERGY SYSTEMS, LTD.<br><br>        Defendant | **CIVIL ACTION NO.**<br>**04-30098-MAF** |

**INITIAL DISCLOSURE UNDER RULE 26**
**FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Power Equipment Systems, Inc. dba Condensing Heat Exchanger, (hereinafter referred to as "CHX") hereby provides the following disclosure to Combustion and Energy Systems, Ltd., (hereinafter referred to as "ConDex").

This disclosure is preliminary as CHX's investigation and fact gathering is still in progress. CHX will supplement these disclosures as required under Federal Rules of Civil Procedure 26. Nothing in these disclosures is intended to be an admission of fact, an affirmation of the exercise or an admissibility of any documents, or an agreement with or an acceptance of any of the Defendant's theories or allegations. The information set forth below is provided without waiving: (1) the right to object to the use of such information for any purpose, in this or

any other action, on grounds of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to any requests involving or relating to the subject matter of the information contained in this disclosure statement; or (3) the right to revise, correct, supplement, or clarify any of the information provided below, at any time.

A.  **WITNESSES:**

As presently determined, individuals likely to have discoverable information used to support CHX's claims or defenses are as follows:

1. Donald Warner
   Steam Plant Systems
   900 Commerce Drive
   P.O. Box 897
   Clifton Park, NY 12065

2. Ronald Messen
   Steam Plant Systems
   900 Commerce Drive
   P.O. Box 897
   Clifton Park, NY 12065

3. William Pels
   Steam Plant Systems
   900 Commerce Drive
   P.O. Box 897
   Clifton Park, NY 12065

4. James Lavelle
   Holyoke Gas & Electric
   99 Sulfolk Street
   Holyoke, Massachusetts 01040

5. Keith Veitch
   Combustion & Energy Systems, Ltd.
   25 Royal Crest Court, Suite 110
   Markham, Ontario, Canada L3R 9X4

6. Other officers, employees or directors of ConDex knowledgeable respecting products marketed by ConDex and related promotional materials and other publications.

7. Technical Expert(s)

8. Patent Law Expert(s)

9. Damages Expert(s)

10. Foundation Witnesses and Custodians of Records, as needed

11. Without waiving objections, all persons who are deposed in this case, identified in further discovery, or identified in disclosures filed by other parties.

12. Additional witnesses as they become known.

The above list of witnesses is subject to modification and supplementation, as CHX's investigation of the facts and circumstances surrounding this case is ongoing.

B. **DOCUMENTS:**

CHX is in the process of gathering documents in its possession, custody or control that may be used to support the claims or defenses, unless solely for impeachment.

CHX identifies the following categories of documents and their location:

1. United States Patent No. 4,669,530 and related file history.

2. United States Patent No. 4,776,391 and related file history.

3. All drawings, sketches, and other documents depicting the design of the

3

ConDex's products at issue, believed to be located at the company offices of ConDex or its counsel.

4. All documents evidencing the manufacture of, sales of, and profits for, all of ConDex's products at issue in this lawsuit, believed to be located at the company offices of ConDex or its counsel.

5. All of ConDex's catalogs referencing the products at issue, along with corresponding invoices, shipping documents and related documentation, believed to be located at the company offices of ConDex or its counsel.

6. Documentation reflecting clinical tests of ConDex's products at issue, believed to be located at the company offices of ConDex or its counsel.

7. Documentation reflecting ConDex's promotion of the products at issue, in brochures, web sites, or other publications.

The foregoing list of documents is subject to modification and supplementation, as CHX's investigation of the facts and circumstances surrounding this case is ongoing.

**C.   DAMAGES:**

CHX submits that the calculation of damages in relation to potential infringing activities of CHX is unavailable in so far as ConDex has yet to produce evidence of its sales of the products at issue, as well as its profits associated with such sales.

CHX's investigation of the facts and circumstances regarding the alleged damages is ongoing.

**D.     INSURANCE:**

CHX has no insurance policy under which a carrier may be liable to satisfy part or all of any judgment which may be entered in this action. CHX has no insurance policy under which a carrier may be reimbursed for payments made to satisfy any judgment.

Dated: 9-10-2004

Respectfully submitted,

SCHMEISER, OLSEN & WATTS, LLP

By: _____
Arlen L. Olsen (Bar Roll No.: 507492)
Attorneys for Plaintiff
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Telephone: (518) 220-1850

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **INITIAL DISCLOSURE UNDER RULE 26 FEDERAL RULES OF CIVIL PROCEDURE** was served by Express Mail, postage prepaid, on this 10th day of September, 2004, on all interested parties in this action as follows:

        Paul I. Perlman
        HODGSON RUSS LLP
        One M & T Plaza, Suite 2000
        Buffalo, NY 14203

_____
Arlen L. Olsen