UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br><br>Plaintiffs<br><br>-against-<br><br>COMBUSTION AND ENERGY SYSTEMS, LTD.<br><br>Defendant | CIVIL ACTION NO.<br>04-30098-MAP |

## SUPPLEMENTAL INITIAL DISCLOSURE UNDER RULE 26
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Power Equipment Systems, Inc. dba Condensing Heat Exchanger, (hereinafter referred to as "CHX") hereby provides the following disclosure to Combustion and Energy Systems, Ltd., (hereinafter referred to as "ConDex").

This disclosure is preliminary as CHX's investigation and fact gathering is still in progress. CHX will supplement these disclosures as required under Federal Rules of Civil Procedure 26. Nothing in these disclosures is intended to be an admission of fact, an affirmation of the exercise or an admissibility of any documents, or an agreement with or an acceptance of any of the Defendant's theories or allegations. The information set forth below is provided without waiving: (1) the right to object to the use of such information for any purpose, in this or

1

any other action, on grounds of privilege, relevance, materiality, or any other appropriate grounds; (2) the right to object to any requests involving or relating to the subject matter of the information contained in this disclosure statement; or (3) the right to revise, correct, supplement, or clarify any of the information provided below, at any time.

A.  **WITNESSES:**

As presently determined, individuals likely to have discoverable information used to support CHX's claims or defenses are as follows:

1.  Donald Warner, Inventor
    Steam Plant Systems
    900 Commerce Drive
    P.O. Box 897
    Clifton Park, New York 12065
    Telephone: (518) 877-8805

    Subject: Conception, reduction to practice, patenting, and assignment of a HEAT EXCHANGER METHOD AND APPARATUS in United States Patent No. 4,669,530 and a HEAT EXCHANGER METHOD AND APPARATUS in United States Patent No. 4,776,391

2.  Ronald Messen
    Steam Plant Systems
    900 Commerce Drive
    P.O. Box 897
    Clifton Park, New York 12065
    Telephone: (518) 877-8805

    Subject: Conception, reduction to practice, patenting, assignment, and infringement of a HEAT EXCHANGER METHOD AND APPARATUS in United States Patent No. 4,669,530 and a HEAT EXCHANGER METHOD AND APPARATUS in United States Patent No. 4,776,391

3.  William Pels
    Steam Plant Systems
    900 Commerce Drive

        P.O. Box 897
        Clifton Park, New York 12065
        Telephone: (518) 877-8805

        Subject: Notice of infringement to ConDex

4.     James Lavelle, Manager
        Holyoke Gas & Electric
        99 Sulfolk Street
        Holyoke, Massachusetts 01040
        Telephone: (413) 536-9300

        Subject: Bids from ConDex to Holyoke Gas & Electric; purchase and installation of ConDex heat exchange units by Holyoke Gas & Electric

5.     Keith Veitch, President
        Combustion & Energy Systems, Ltd.
        25 Royal Crest Court, Suite 110
        Markham, Ontario, Canada L3R 9X4
        Telephone: (905) 415-9400

        Subject: Finances for the manufacture, design, operation, advertisement, sale, sale profits, and installation of ConDex heat exchange units; notice of infringement to ConDex

6.     Daniel Veitch, Vice President
        Combustion & Energy Systems, Ltd.
        25 Royal Crest Court, Suite 110
        Markham, Ontario, Canada L3R 9X4
        Telephone: (905) 415-9400

        Subject: Finances for the manufacture, design, operation, advertisement, sale, sale profits, and installation of ConDex heat exchange units

7.     Cameron Veitch, General Manager
        Combustion & Energy Systems, Ltd.
        25 Royal Crest Court, Suite 110
        Markham, Ontario, Canada L3R 9X4
        Telephone: (905) 415-9400

        Subject: Contracts and bids for ConDex heat exchange units; installation and operation of ConDex heat exchange units

8.  Wiley Sessions
    W.C. Sessions & Associates, Inc.
    2545 Bexford View
    Cumming, Georgia 30041
    Telephone: (678) 429-7468

    Subject: Sales of ConDex heat exchange units

9.  Jim Winston
    Patrick & Douglas, Inc.
    8654 N. 51st Street
    Brown Deer, Wisconsin 53223
    Telephone: (414) 708-0119

    Subject: Sales of ConDex heat exchange units

10. Ed Mazza
    Mazza Equipment Company
    1099 Ohio Pike, suite 1-B
    Amelia, Ohio 45102
    Telephone: (513) 520-2598

    Subject: Sales of ConDex heat exchange units

11. Carla O'Brien
    Protherm Corp.
    11108 South Towne Square
    St. Louis, Missouri 63123-7813
    Telephone: (314) 520-7905

    Subject: Sales of ConDex heat exchange units

12. Steve Banz
    116 S. 7th Street
    Wyoming, Illinois 61491
    Telephone (905) 415-9400

    Subject: Sale, installation, and operation of ConDex heat exchange units

13. Harry Jones, Consultant
    Combustion & Energy Systems, Ltd.
    82 Greenheart
    Tamworth, Staffordshire, England

Telephone: 011.44.1827.314965

Subject: Use of heat recovery programs by ConDex; sale of ConDex heat exchange units

14. David Kowalewski, Project Engineer
    Combustion & Energy Systems, Ltd.
    25 Royal Crest Court, Suite 110
    Markham, Ontario, Canada L3R 9X4
    Telephone: (905) 415-9400

    Subject: Engineering of the ConDex heat exchange units

15. Martin Lensink
    CEM Engineering
    352 Queenston Street
    St. Catharines, Ontario, Canada L2P 2X4
    Telephone: (905) 935-5815

    Subject: Holyoke/BG Mechanical Project; sale of ConDex heat exchange units

16. Bipin Shaw
    Syska Hennessy Group, Inc.
    206 Carnegie Center
    Princeton, New Jersey 08540-6233
    Telephone: (609) 520-1616

    Subject: Holyoke/BG Mechanical Project; sale of ConDex heat exchange units

17. Jean-Francois Roy
    Thermofin Inc.
    47 Marie Victorin
    Canadiac, Quebec, Canada J5R 1B6
    Telephone: (450) 444-4405

    Subject: Design tubing of ConDex heat exchange units; sale of ConDex heat exchange units

18. Paul Barkan
    Machine Dynamics & Engineering, Inc.
    3105 Avalon Road
    Carrollton, Ohio 44615
    Telephone: (800) 735-8823

      Subject: Design tubing of ConDex heat exchange units; sale of ConDex heat exchange units

19. Thomas Traikov, Designer and Draftsman
Combustion & Energy Systems, Ltd.
25 Royal Crest Court, Suite 110
Markham, Ontario, Canada L3R 9X4
Telephone: (905) 415-9400

      Subject: Design of ConDex heat exchange units

20. Peter Vince
PDS Welding Inc.
405 Induatrial Drive
Milton, Ontario L9T 5B1
Telephone: (905) 878-4468

      Subject: Manufacture and sale of the ConDex heat exchange units

21. Other officers, employees or directors of ConDex knowledgeable respecting products marketed by ConDex and related promotional materials and other publications.

22. Technical Expert(s)

23. Patent Law Expert(s)

24. Damages Expert(s)

25. Foundation Witnesses and Custodians of Records, as needed

26. Without waiving objections, all persons who are deposed in this case, identified in further discovery, or identified in disclosures filed by other parties.

27. Additional witnesses as they become known.

The above list of witnesses is subject to modification and supplementation, as CHX's investigation of the facts and circumstances surrounding this case is ongoing.

**B.    DOCUMENTS:**

CHX is in the process of gathering documents in its possession, custody or control that may be used to support the claims or defenses, unless solely for impeachment.

CHX identifies the following categories of documents and their location:

1. United States Patent No. 4,669,530 and related file history.

2. United States Patent No. 4,776,391 and related file history.

3. All drawings, sketches, and other documents depicting the design of the ConDex's products at issue, believed to be located at the company offices of ConDex or its counsel.

4. All documents evidencing the manufacture of, sales of, and profits for, all of ConDex's products at issue in this lawsuit, believed to be located at the company offices of ConDex or its counsel.

5. All of ConDex's catalogs referencing the products at issue, along with corresponding invoices, shipping documents and related documentation, believed to be located at the company offices of ConDex or its counsel.

6. Documentation reflecting clinical tests of ConDex's products at issue, believed to be located at the company offices of ConDex or its counsel.

7. Documentation reflecting ConDex's promotion of the products at issue, in brochures, web sites, or other publications.

The foregoing list of documents is subject to modification and supplementation, as CHX's investigation of the facts and circumstances surrounding this case is ongoing.

C. **DAMAGES:**

CHX submits that the calculation of damages in relation to potential infringing activities of CHX is unavailable in so far as ConDex has yet to produce evidence of its sales of the products at issue, as well as its profits associated with such sales. CHX's investigation of the facts and circumstances regarding the alleged damages is ongoing.

D. **INSURANCE:**

CHX has no insurance policy under which a carrier may be liable to satisfy part or all of any judgment which may be entered in this action. CHX has no insurance policy under which a carrier may be reimbursed for payments made to satisfy any judgment.

Dated: 9-28-2004

Respectfully submitted,

SCHMEISER, OLSEN & WATTS, LLP

By: _____
Arlen L. Olsen (Bar Roll No.: 507492)
Attorneys for Plaintiff
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Telephone: (518) 220-1850