UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-030098-MAP

POWER EQUIPMENT SYSTEMS, INC. )
dba CONDENSING HEAT EXCHANGER, )
      Plaintiff )
        )
v. )
        )
COMBUSTION AND ENERGY )
SYSTEMS, LTD., )
      Defendant )

**STIPULATED MOTION TO AMEND SCHEDULING ORDER**

The parties jointly move to amend the Court's August 24, 2004 Scheduling Order in the following respects:

1. Discovery re: ownership, the accused devices and the methods of use, scope of the claims, and basic damages to be completed by December 17, 2004;

2. Plaintiff's Markman brief and claim chart due January 10, 2005;

3. Defendant's response to Plaintiff's Markman brief due February 7, 2005;

4. Plaintiff's reply, if any, due February 21, 2005.

The dates proposed by this Stipulated Motion will <u>not</u> necessitate changing the date of the Markman hearing, which is now scheduled for March 30, 2005.

In support of this motion, defendant submits the affidavit of Paul I. Perlman. Defendant has consulted with plaintiff's counsel, Arlen Olsen, and plaintiff consents to this motion.

| | |
|---|---|
| *Attorneys for PES* | *Attorneys for ConDex* |
| Arlen L. Olsen, Esq. | Paul I. Perlman |
| SCHMEISER, OLSEN & WATTS, LLP | HODGSON RUSS LLP |
| 3 Lear Jet Lane, Suite 201 | One M&T Plaza, Suite 2000 |
| Latham, NY 12110 | Buffalo, New York 14203-2391 |
| | |
| Mark L. Hare, Esq. | Kevin C. Maynard, Esq. |
| HARE, STAMM & HARRIS | BULKLEY, RICHARDSON AND GELINAS, LLP |
| 1350 Main Street, 10th Floor | 1500 Main Street, Suite 2700 |
| Springfield, MA 01103 | Springfield, MA 01115 |

BFLODOCS 1005894v1
BFLODOCS 1010280v1