UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-030098-MAP

POWER EQUIPMENT SYSTEMS, INC. )
dba CONDENSING HEAT EXCHANGER, )
        Plaintiff )
v. )
  )
COMBUSTION AND ENERGY )
SYSTEMS, LTD., )
        Defendant )

**AFFIDAVIT**

STATE OF NEW YORK  )
        : ss.
COUNTY OF ERIE      )

PAUL I. PERLMAN, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice in the State of New York and am a member of the firm of Hodgson Russ LLP, attorneys for defendant, Combustion and Energy Systems, Ltd. I am admitted to practice in this case *pro hac vice*. I make this affidavit in support of a Stipulated Motion to Amend Scheduling Order.

2. On August 24, 2004, the Court (Judge Kenneth P. Neiman) entered a Scheduling Order. The Scheduling Order set dates for discovery relating to issues leading to a Markman hearing and established a briefing schedule and hearing date for the Markman hearing. The Markman hearing is scheduled on March 30, 2005.

3. The parties have exchanged initial disclosures, negotiated a Stipulated Protective Order, and served sets of Interrogatories, Requests for Documents and Things, and Requests for Admission.

4.  It has become apparent that more time will be needed to review all of the paper discovery responses, to review documents, and to take depositions on Markman-related issues.

Accordingly, the parties request that several dates in the Scheduling Order be extended. The requested extensions of dates will not necessitate rescheduling the Markman hearing, and the Court will still have one month to consider all of the papers prior to the Markman hearing.

Specifically, the parties request that the deadline for discovery regarding ownership, the accused devices and the methods of use, scope of the claims, and basic damages be extended from November 19, 2004 to December 17, 2004. It is requested that Plaintiff's Markman brief and claim chart be due January 10, 2005, that Defendant's Response to Plaintiff's Markman brief be due February 7, 2005, and that Plaintiff's reply, if any, be due February 21, 2005.

_____
Paul I. Perlman

Sworn to before me this
2nd day of November, 2005.

_____
KATHLEEN A. SALVO
Notary Public, State of New York
Qualified in Erie County
Commission Expires Jun. 30, 20 06

BFLODOCS 1010292v1