UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC.<br>dba CONDENSING HEAT EXCHANGER,<br><br>　　　　　Plaintiffs<br><br>　　-against-<br><br>COMBUSTION AND ENERGY SYSTEMS, Ltd.<br><br>　　　　　Defendant | **CIVIL ACTION NO.**<br>**04-30098-MAP** |

**IT IS HEREBY STIPULATED** and agreed by and between the undersigned counsel of record that the parties have discussed bona fide terms of a settlement agreement to dismiss the entire action and have reached an agreement in principle.  In order to provide the parties the time necessary to document the settlement, and not for purposes of delay, the parties jointly move this court to provide a 30 day extension to an amended scheduling order dated November 22, 2004.  The revised scheduling order will have the following dates:

1. Discovery regarding ownership, the accused devices and the methods of use, scope of the claims, and basic damages will be completed by January 17, 2005;

2. Plaintiff's Markman brief and claim chart due February 10, 2005;

3. Defendant's response to Plaintiff's Markman brief due March 7, 2005;

4. Plaintiff's reply, if any, due March 21, 2005;

5. The Markman hearing, which is now scheduled for March 20, 2005, will be rescheduled until April 20, 2005 or such other date set by the Court.

**STIPULATED AND AGREED** to this __ day of December, 2005.

| | |
|---|---|
| SCHMEISER, OLSEN & WATTS, LLP<br>Attorneys for Plaintiff | HODGSON RUSS LLP<br>Attorneys for Defendant |
| *(signature)*<br>_____<br>Arlen L. Olsen<br>NDNY Bar Roll No.: 507492<br>3 Lear Jet Lane, Suite 201<br>Latham, NY 12110<br>Telephone: (518) 220-1850 | *(signature)*<br>_____<br>Paul I. Perlman, *pro hac vice*<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>(716) 856-4000 |

**IT IS SO ORDERED**

Dated:

_____
KENNETH P. NEIMAN
U.S. Magistrate Judge