UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. )<br>d/b/a CONDENSING HEAT )<br>EXCHANGE, )<br>          Plaintiff ) <br>)<br>v.                          )<br>)<br>)<br>COMBUSTION AND ENERGY )<br>SYSTEMS, LTD. )<br>          Defendant ) | Civil Action No. 04-30098-MAP |

REVISED SCHEDULING ORDER
December 17, 2004

NEIMAN, U.S.M.J.

The court hereby APPROVES the parties' stipulation (Document No. 23) and revises the schedule as follows:

1. Discovery regarding ownership, the accused devices and the methods of use, scope of the claims, and basic damages will be completed by January 17, 2005.

2. Plaintiff shall submit its Markman brief and claim chart by February 10, 2005.

3. Defendant shall submit its response to Plaintiff's Markman brief by March 7, 2005, to which Plaintiff may reply by March 21, 2005.

4. Counsel shall appear as previously scheduled for a Markman hearing on March 30, 2005 at 2:00 p.m. in Courtroom One before District Judge

Michael A. Ponsor.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 17, 2004

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge