UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
)
)
POWER EQUIPMENT SYSTEMS, INC.      )
dba CONDENSING HEAT EXCHANGER,     )
)
Plaintiff           )
)           CIVIL ACTION NO.
-against-           )           04-30098-MAP
)
COMBUSTION AND ENERGY SYSTEMS, Ltd. )
)
Defendant           )
_____)

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above entitled action, including all claims and counterclaims, be, and the same hereby is discontinued on the merits, with prejudice, with each party to bear its own expenses and attorneys' fees. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: December 20, 2004

SCHMEISER, OLSEN & WATTS, LLP          HODGSON RUSS LLP
Attorneys for Plaintiff                Attorneys for Defendant

_____        _____
Arlen L. Olsen                         Paul I. Perlman, *pro hac vice*
NDNY Bar Roll No.: 507492              One M&T Plaza, Suite 2000
3 Lear Jet Lane, Suite 201             Buffalo, NY 14203-2391
Latham, NY 12110                       (716) 856-4000
Telephone: (518) 220-1850

**IT IS SO ORDERED**

Dated:                                 _____
                                       U.S. D. J.

BFLODOCS 1111117v1