UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| POWER EQUIPMENT SYSTEMS, INC. dba CONDENSING HEAT EXCHANGER, <br><br> Plaintiff <br><br> -against- <br><br> COMBUSTION AND ENERGY SYSTEMS, Ltd. <br><br> Defendant | CIVIL ACTION NO. 04-30098-MAP |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, the above entitled action, including all claims and counterclaims, be, and the same hereby is discontinued on the merits, with prejudice, with each party to bear its own expenses and attorneys' fees. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: December 20, 2004

SCHMEISER, OLSEN & WATTS, LLP
Attorneys for Plaintiff

_____
Arlen L. Olsen
NDNY Bar Roll No.: 507492
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Telephone: (518) 220-1850

HODGSON RUSS LLP
Attorneys for Defendant

_____
Paul I. Perlman, *pro hac vice*
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
(716) 856-4000

**IT IS SO ORDERED**

Dated: 12-28-04

_____
U.S. D. J.

BFLODOCS 1111117v1